**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| JAMES JOSEPH JULUKE, JR., )<br>an individual, )<br> )<br>    Plaintiff, )<br>v. )<br> )<br>L2Y2 LLC, )<br>a Texas Limited Liability Company, )<br> )<br>    Defendant. )<br>_____ ) | Case No.:   3:16-cv-1358-D |

## PLAINTIFF'S REQUEST FOR CLERK'S ENTRY OF DEFAULT

Plaintiff JAMES JOSEPH JULUKE, JR. ("Plaintiff"), through his undersigned counsel, requests the Clerk enter a Default against Defendant L2Y2 LLC, ("Defendant") in accordance with the provisions of Rule 55(a) of the Federal Rules of Civil Procedure, and in support thereof states the following:

1. On or about May 17, 2016, Plaintiff filed his Complaint [Dkt. No. 1]. A Summons was subsequently issued by the Clerk directed to L2Y2 LLC on May 17, 2016 [Dkt. No. 5].

2. On or about June 22, 2016, Defendant L2Y2 LLC was duly serviced with the Summons and Complaint as evidenced by the summons returned executed on June 30, 2016, and subsequently filed on July 7, 2016 [Dkt. No. 6].

3. On or about June 27, 2016, Plaintiff filed his First Amended Complaint [Dkt. No. 7]. The deadline for Defendant L2Y2 LLC to file its Answer to Plaintiff's First Amended Complaint was August 17, 2016.

4. Consequently, Defendant has failed to file an answer or other responsive pleading herein, nor has an attorney appeared to otherwise defend the Defendant herein.

5. Furthermore, the time within which said Defendant is required to do so pursuant to Rule 12 has expired.

WHEREFORE, Plaintiff prays the Clerk of the District Court enter a Default of Defendant L2Y2 LLC.


                Respectfully Submitted,

                KU & MUSSMAN, P.A.


By:    */s/ Louis I. Mussman*
        Louis I. Mussman
        Attorney-in-charge

        Florida Bar No. 597155
        N.D. TX No. 597155FL
        Ku & Mussman, P.A.
        6001 NW 153rd Street, Suite 100
        Miami Lakes, FL 33014
        Tel: (305) 891-1322
        Fax: (305) 891-4512
        Louis@KuMussman.com

        and

        Seth P. Crosland
        Local Counsel
        Texas Bar No.: 24069551
        Brandy Austin Law Firm, PLLC
        2404 Roosevelt Drive
        Arlington, Texas 76016
        Tel: (817) 841-9906
        Fax: (817) 484-0280
        seth@brandyaustinlaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 7th day of November, 2016, a true and correct copy of the foregoing was submitted to the Clerk of Court using the CM/ECF system, and a true and correct copy of the foregoing has been furnished by U.S. Mail to: L2Y2 LLC, c/o Lyne Lee, Registered Agent, 2775 Villa Creek Dr., Suite 220, Dallas, TX 75234.

By: */s/ Louis I. Mussman*
Louis I. Mussman