# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| JAMES JOSEPH JULUKE, JR., an individual, <br><br> Plaintiff, <br> v. <br><br> L2Y2 LLC, <br> a Texas Limited Liability Company, <br><br> Defendant. | Case No.: 3:16-cv-1358-D |

## PROPOSED CLERK'S ENTRY OF DEFAULT

The record reflects that service of the complaint has been made upon Defendant, L2Y2 LLC ("Defendant"), that the Defendant has failed to answer or otherwise defend within the time allowed, and that the Plaintiff has shown that failure through affidavit or otherwise.

Therefore, upon Plaintiff's request, DEFAULT is entered against Defendant, Retail L2Y2 LLC, this __7th__ day of __November__.

                KAREN MITCHELL
                CLERK OF COURT

              By:   ___s/ Maria McIntyre___
                Deputy Clerk